UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                 :

RASHEEN J. GAMBLE,                       :

                               :

                    Petitioner,     :       21-CV-09246 (JAV) (OTW)

                               :

      -v-                       :       <u>ORDER ADOPTING</u>

                               :       <u>REPORT AND</u>

SUPERINTENDANT MICHAEL CAPRA,    :     <u>RECOMMENDATION</u>

                               :

                    Respondent.   :

                               :

-------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

On November 5, 2021, Petitioner Rasheen J. Gamble ("Petitioner"), proceeding *pro se*, filed a petition for a writ of habeas corpus, seeking to challenge his conviction and sentence for murder in the second degree and attempted assault in the second degree. ECF No. 1 ("Petition" or "Pet."). On January 20, 2026, the Court referred the action to Magistrate Judge Ona T. Wang to review the Petition. ECF No. 6. In the Report and Recommendation filed on April 30, 2026, Magistrate Judge Wang recommended that the Petition be denied. ECF No. 21 ("R&R") at 1.

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). Conclusory or general objections that merely refer the district court to previously filed papers or arguments do not constitute proper objections under Rule 72(b). *Miller v. Brightstar Asia, Ltd.*, 43 F.4th 112, 120 (2d Cir. 2022). To accept those portions of the report to which no timely or proper objection has been made, a

district court need only satisfy itself that there is no clear error on the face of the record.  *See id.* at 120 & n.4.

In the present case, the Report and Recommendation advised that Petitioner had fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object.  R&R at 20-21. In addition, the Report and Recommendation expressly called Defendant's attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  *Id.* at 20.  Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made.  Accordingly, Defendant has waived the right to object to the Report and Recommendation or to obtain appellate review.  *See Miller*, 43 F.4th at 120.

Despite the waiver, the Court has reviewed the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be thorough, well-reasoned, and grounded in fact and law.  Having found no errors, the Court **ADOPTS** the Report and Recommendation in its entirety.

The Clerk of Court is directed to enter judgment against the Petitioner and in favor of the Respondent denying the petition for habeas corpus, to terminate all pending motions and to close the case.

SO ORDERED.

Dated: June 9, 2026
      New York, New York

                                        JEANNETTE A. VARGAS
                                        United States District Judge

2