**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RASHEEN J. GAMBLE,

                         Petitioner,                         21 **CIVIL** 9246 (JAV)(OTW)

        -against-                               **JUDGMENT**

SUPERINTENDANT MICHAEL CAPRA,

                         Respondents.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 9, 2026, Having found no errors, the Court ADOPTS the

Report and Recommendation in its entirety. Judgment entered against the Petitioner and in favor

of the Respondent denying the petition for habeas corpus; accordingly, the case is closed.

**Dated:**  New York, New York

      June 9, 2026

                                            **TAMMI M. HELLWIG**
                                       _____
                                         **Clerk of Court**

                   **BY:**

                                         _____
                                         **Deputy Clerk**